FILED
FEB 09 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   TH   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BLASZYK,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADJUSTMENT BUREAU, INC.,<br><br>Defendant. | Case No.: 15-cv-1683 BEN (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Before this Court is a Joint Motion to Dismiss Action with Prejudice, filed by Plaintiff Christopher Blaszyk and Defendant American Adjustment Bureau, Inc. (Docket No. 11.) For good cause shown, the Joint Motion is **GRANTED**. The action is **DISMISSED WITH PREJUDICE**. Each Party shall bear its own fees and costs. The Clerk may close the case.

**IT IS SO ORDERED.**

Dated: February 9, 2016

Hon. Roger T. Benitez
United States District Judge